IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH E. BATCHELDER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv237 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| INS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Filing No. 96, the post-judgment Motion for Reconsideration filed by the plaintiff, Kenneth E. Batchelder. Judgment was entered in the above-entitled action in March of 2005, and the case may not now be reopened. Filing No. 96 is denied.

SO ORDERED.

DATED this 20th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge